UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:23-CV-00066-DCR

SEAN DAVIS            PLAINTIFF

v.

CITY OF COVINGTON, *et al.*            DEFENDANTS

## PLAINTIFF'S WITNESS LIST

Now comes Plaintiff, Sean Davis, by and through undersigned counsel, and submits the following Witness List in accordance with this Court's Scheduling Order (R.11):

**I. WITNESSES WHO WILL TESTIFY AT TRIAL**

1. **Plaintiff Sean Davis,** 201 North West Street, West Union, OH 45693. Mr. Davis will testify regarding the conditions and circumstances, injuries, treatment, and continuing damages regarding the June 9, 2022 assault and detainment.

2. **Covington Fire and EMS Records Custodian,** 100 E. Robbins Street, Covington, KY 41011. Records Custodian is expected to testify with regard to the receipt of request for medical treatment of Plaintiff, the amount of time crews were on scene, and the circumstances charted for non-transport.

3. **Defendant, Michael Lusardi**, Covington Police Officer, 1 Police Memorial Drive, Covington, KY 41011. Officer Lusardi is expected to testify, as if on cross examination, with regard to the circumstances surrounding the June 9, 2022 K9 deployment that took place at or near 1564 Water Street, Covington, Kentucky, the rationale behind deploying his K9, and his actions after the attack.

4. **Ryan Jones**, Covington Police Officer, 1 Police Memorial Drive, Covington, KY 41011. Officer Jones is expected to testify, as if on cross examination, with regard to the circumstances surrounding the June 9, 2022 investigation and search for unverified suspect Shaun Baker, and the subsequent K9 deployment involving Davis that took place at or near 1564 Water Street, Covington, Kentucky.

5. **David Griswold**, Covington Police Officer, 1 Police Memorial Drive, Covington, KY 41011. Officer Griswold is expected to testify as if on cross examination, with regard to the circumstances surrounding the June 9, 2022 investigation and search for unverified suspect Shaun Baker, and the subsequent K9 deployment involving Davis that took place at or near 1564 Water Street, Covington, Kentucky.

6. **Jacob Gier**, Covington Police Officer, 1 Police Memorial Drive, Covington, KY 41011. Officer Gier is expected to testify as if on cross examination, with regard to the circumstances surrounding the June 9, 2022 investigation and search for unverified suspect Shaun Baker, and the subsequent K9 deployment involving Davis that took place at or near 1564 Water Street, Covington, Kentucky.

7. **Kellimarie Spray**, 215 East 15th Street, Covington, KY 41011. Ms. Spray is expected to testify with regard to her initial report to Covington Police of the unverified suspect, Shaun Baker, in accordance with the report BWC video footage.

8. **Richard A. McKee**, 465 River Road, Villa Hills, KY 41017. Mr. McKee is expected to testify with regard to her initial report to Covington Police of the unverified suspect, Shaun Baker, in accordance with the CAD report and BWC video footage.

9. **Michael Lyman, Ph.D LLC**, 3703 Hunter Valley Drive, Columbia, MO 65203. Dr. Lyman was disclosed as an Expert Witness and is expected to testify regarding appropriate police use of force, practices and training, as well as K9 use of force in accordance with Covington PD

policies and industry standards and consistent with his report.

10. **Brad Smith, Canine Tactical Operations & Consulting,** PO Box 1682, Mabank, TX 75147 . Mr. Smith was disclosed as an Expert Witness and is expected to testify regarding appropriate K9 practices and training, as well as K9 use of force in accordance with Covington PD policies and industry standards and consistent with his report.

## II. WITNESSES WHO MAY TESTIFY AT TRIAL

1. Absent a stipulation, Plaintiff reserves the right to call the Records Custodian from St. Elizabeth Hospital, OrthoCincy and HealthPoint Family Care to authenticate Plaintiff's medical records.

## III. RESERVATION OF RIGHTS

Plaintiff reserves the right to supplement this list prior to trial for good cause shown and the right to call to testify any of the witnesses identified on Defendant's Witness List.

Respectfully submitted,

*/s/ Anita M. Washington*
Anita M. Washington, Esq. (098266)
312 Elm Street Suite 1485
Cincinnati, OH 45202
Office: (513) 547-4010
Fax: (404) 393-6107
Anita@beyandassociates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this **7th** day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anita M. Washington*
Anita M. Washington, Esq.