UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:23-CV-00066-DCR

SEAN DAVIS                                                              PLAINTIFF

v.

CITY OF COVINGTON, *et al.*                                             DEFENDANTS

---

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND WITNESS LIST TO INCLUDE JUSTIN BRANHAM

---

Plaintiff moves the Court for leave to amend their Plaintiff's Witness List filed May 7, 2024, to include treating provider, Justin Branham. The basis for said Motion is set forth below. The granting of this Motion will not delay the trial currently scheduled for June 18, 2024.

Respectfully submitted,

*/s/ Anita M. Washington*
Anita M. Washington, Esq. (098266)
312 Elm Street Suite 1485
Cincinnati, OH 45202
Office: (513) 547-4010
Fax: (404) 393-6107
Anita@BeyandAssociates.com
*Attorney for Plaintiff*

## MEMORANDUM

On September 7, 2023, Plaintiff provided discovery responses and production of documents to Defendant. At that time, Plaintiff listed HealthPoint Family Care as a medical provider for damages stemming from injuries alleged in the Complaint, and medical records were produced containing treatment notes from Justin Branham at HealthPoint Family Care. Justin Branham was then identified in Plaintiff's Disclosure of Experts on October 18, 2023. On May 7, 2024, Plaintiff submitted his Witness List and erroneously omitted identifying Justin Branham. Plaintiff was made aware of this omission on May 17, 2024, while communicating with Defendant in an attempt to schedule Mr. Branham's out-of-state video deposition. Plaintiff immediately filed a Motion for Leave to Amend Witness List the following business day.

Defense counsel has had Mr. Branham's treating notes and been aware of Plaintiff's intention to present him as a witness since his disclosure eight (8) months ago. During that period, Defendant never made a request to depose him. Therefore, there is no prejudice to Defendants by re-submitting Justin Branham as a witness and allowing Plaintiff to amend his Witness List.

Plaintiff respectfully moves this Court for Leave to Amend Plaintiff's Witness List to include Justin Branham.

Respectfully submitted,

*/s/ Anita M. Washington*
Anita M. Washington, Esq. (098266)
312 Elm Street Suite 1485
Cincinnati, OH 45202
Office: (513) 547-4010
Fax: (404) 393-6107
Anita@BeyandAssociates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this **20th** day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Anita M. Washington*
Anita M. Washington, Esq.