UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
CASE NO. 2:23-CV-00066-DCR-CJS

**SEAN DAVIS**                                                                                                    **PLAINTIFF**

**v.**

**CITY OF COVINGTON,** *et al.*                                                                    **DEFENDANTS**

---

**CIVIL RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL**

---

Plaintiff, Sean Davis, by and through counsel, and pursuant to Civil Rule 41(a)(1)(A)(i) stipulates to the dismissal of all claims against Defendant, Michael Lusardi, with prejudice.

So stipulated this  31   day of July, 2024:

| | |
|---|---|
| */s/ Jeffrey C. Mando* | */s/Anita Washington (per authorization)* |
| Jeffrey C. Mando, Esq. (#43548) | Anita Washington, Esq. |
| Olivia F. Amlung, Esq. (#97449) | Bey & Associates |
| ADAMS LAW, PLLC | 312 Elm Street |
| 40 West Pike Street | Suite 1485 |
| Covington, KY  41011 | Cincinnati, OH 45202 |
| 859.394.6200 | 859.392.7200 – Fax | Office: (513) 547-4010 |
| jmando@adamsattorneys.com | Fax: (404) 393-6107 |
| oamlung@adamsattorneys.com | Anita@beyandassociates.com |
| | |
| *Attorneys for Defendant, Michael Lusardi* | *Attorney for Plaintiff, Sean Davis* |

**CERTIFICATE OF SERVICE**

      This is to certify that on the **31st** day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Anita Washington, Esq.

                                        */s/ Jeffrey C. Mando*
                                        Jeffrey C. Mando, Esq.